# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JAN -2 PM 2:00

BY _____ KWH _____ DEPUTY

## ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: **'08 MJ 0013**

The person charged as __KING, Manuel Javier,__ now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the __Central__ District of __California (Santa Ana)__ on __12/22/05__ with: __Title 18 USC 3565__ in violation of:

**Violated his conditions of Probation**

The charging documents and the warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: __01/02/08__

__Kenneth Lavigna__
CI - Deputy United States Marshal

Reviewed and Approved

DATE: _____

Assistant United States Attorney

**ORIGINAL**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER: |
|---|---|
| Plaintiff(s) | SA CR 00-143-JVS |
| v. | |
| MANUEL JAVIER KING, | **WARRANT FOR ARREST** |
| Defendant(s) | |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest _____ MANUEL JAVIER KING _____
and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐ Complaint ☐ Indictment
☐ Information  ☐ Order of Court  ☒ Violation Petition         ☐ Violation Notice
charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

in violation of Title ___18___ United States Code, Section(s) 3565

| Sherri R. Carter | |
|---|---|
| NAME OF ISSUING OFFICER | |
| Clerk of Court | December 22, 2005 Santa Ana, CA |
| TITLE OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| [signature] | BY: James V. Selna |
| SIGNATURE OF DEPUTY CLERK | NAME OF JUDICIAL OFFICER |

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
|---|---|
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

**WARRANT FOR ARREST**

CR-12 (07/04)                                                                    PAGE 1 of 2

PROB 12
(Rev. 11/04)

# United States District Court
for
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
DEC 2 2 2005
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

U.S.A. VS. MANUEL JAVIER KING                                        Docket No. SACR00-00143-JVS

**Petition on Probation and Supervised Release (Bench Warrant)**

COMES NOW LORETTA S. MARTIN, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>MANUEL JAVIER KING</u> who was placed on supervision by the Honorable <u>JAMES V. SELNA</u> sitting in the Court at <u>Santa Ana, California</u>, on the <u>15th</u> day of <u>August, 2005</u> who fixed the period of supervision at <u>one year</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
(If more than one allegation use second page.)

**(SEE ATTACHED)**

**PRAYING THAT THE COURT WILL ORDER** issuance of a bench warrant addressed to any United States Marshal or any other authorized officer within the United States of America, requiring the detention and return of Manuel King before the United States District Court at Santa Ana, California, to show cause why the supervision order, heretofore entered, should not be revoked.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. |
|---|---|
| Considered and ordered this 22nd day of December, 2005 and ordered filed and made a part of the records in the above case.    **JAMES V. SELNA** _____ United States District Judge JAMES V. SELNA | Executed on December 16, 2005 _____ SHERRY HARRISON U. S. Probation Officer Place <u>Santa Ana, California</u> |

U. S. A. VS. MANUEL JAVIER KING
DOCKET NO. SSACR00-00143-JVS

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

1. Having been instructed by the Probation Office in the Southern District of California on September 6, 2005, to report in person to the United States Probation Office in Chula Vista, California, on September 8, 2005, Manuel Javier King failed to report as directed.

2. Having been instructed by the Probation Officer on October 28, 2005, and on October 31, 2005, not to leave the judicial district without the permission of the Court or the Probation Officer, Manuel Javier King left the judicial district and traveled to Mexico without permission.

3. Having been ordered by the Court to cooperate in the collection of a DNA sample, and having been instructed by the Probation Officer on October 28, 2005, to report in person to the United States Probation Office, 411 West Fourth Street, Suite 4170, Santa Ana, California 92701, on November 17, 2005, for DNA testing, Manuel Javier King failed to report as instructed.

4. Having been ordered by the Court to submit a truthful and complete written report by the fifth day of every month, Manuel Javier King failed to submit a report for October 2005.

5. Having been ordered by the Court to submit a truthful and complete written report by the fifth day of every month, Manuel Javier King failed to submit a report for November 2005.