Minutes of the United States District Court
Southern District of California
JANUARY 2, 2008

HON. __CATHY ANN BENCIVENGO__    DEPUTY CLERK: L. HERNANDEZ

TAPE NO. CAB08-14:33-14:40

| | | | |
|---|---|---|---|
| 08MJ0013-CAB | USA | vs. | MANUEL JAVIER KING (1)(C)**28868112** |
| INITIAL APPEARANCE ON OUT-OF-DISTRICT COMPLAINT& REMOVAL/IDENTITY HEARING | | | ANTHONY COLOMBO, RET (1)<br><br>AUSA: FRED SHEPPARD |

DFT INFORMED OF CHARGES PENDING
DFT ADMITS IDENTITY AND WAIVES REMOVAL/IDENTITY HEARING;
WAIVER FILED
COURT ORDERS DFT REMOVED TO CENTRAL DISTRICT OF CALIFORNIA;
WARRANT OF REMOVAL PREPARED BY AUSA AND ISSUED TO USM