```
                                           FILED
                                         JAN - 2 2008
                                    CLERK, U.S. DISTRICT COURT
                                    SOUTHERN DISTRICT OF CALIFORNIA
                                    BY              DEPUTY
```

# United States District Court

_Southern_ DISTRICT OF _California_

UNITED STATES OF AMERICA

V.

_Manuel Javier King_

**WAIVER OF RULE 40 HEARINGS**
(Excluding Probation Cases)

Case Number: 08mj0013

I, _Manuel Javier King_, understand that in the _Central_ District of _California_, charges are pending alleging violation of _probation / supervised release_ and that I have been arrested in this District and taken before a United States Magistrate, who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(X) identity hearing

( ) preliminary examination

( ) identity hearing and have been informed I have no right to a preliminary examination

( ) identity hearing but request a preliminary examination be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

_J. King_
Defendant

_1/2/08_
Date

_H. Colordo_
Defense Counsel