# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900



W. Samuel Hamrick, Jr.
Clerk of Court

January 3, 2008

Clerk, U.S. District Court
Central District of California
G-8 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

SA00CR - 143 JVS

Re:   08mj13 CAB, USA v. Manual Javier King

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

|  |  |  |  |
|---|---|---|---|
| x | Docket Sheet | x | Warrant of Removal |
| x | Complaint | x | Order of Removal |
| __ | Minute Order Appointing Counsel | __ | Detention Order |
| __ | Corporate Surety Bond | x | Waiver of Removal |
| __ | Personal Surety Bond | | |
| __ | Other | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: _____s/ J. Jocson_____
Jenelynn Jocson, Deputy Clerk